McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE, SBN 197086
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134

Attorneys for Defendant
Commissioner of Social Security

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KY T. HA, | ) CASE NO. 2:06-CV-1690-KJM (SS) |
|  Plaintiff, | ) STIPULATION AND ORDER |
|  | ) EXTENDING DEFENDANT'S TIME TO |
|  v. | ) RESPOND TO PLAINTIFF'S MOTION |
|  | ) FOR SUMMARY JUDGMENT |
| MICHAEL J. ASTRUE[1]/, | ) |
| Commissioner of | ) |
| Social Security, | ) |
|  Defendant. | ) |

---

[1]/  Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  The parties hereby stipulate by counsel, with the Court's
2 approval as indicated by issuance of the attached Order, that
3 Defendant shall have a FIRST extension of time of 30 days to
4 respond to Plaintiff's motion for summary judgment, due to on-
5 going consideration of settlement.  The current due date is April
6 4, 2007.  The new due date will be May 2, 2007.
7  The parties further stipulate that the Court's Scheduling
8 Order shall be modified accordingly.

10                              Respectfully submitted,

11
   Dated:                       LAW OFFICE OF
12                              BESS M. BREWER & ASSOCIATES

13
                          By:   /s/ Bess M. Brewer
14                              (As authorized via *facsimile)
                                BESS M. BREWER
15
                                Attorneys for Plaintiff
16

17 Dated: March 30, 2007        McGREGOR W. SCOTT
                                United States Attorney
18                              LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
19                              Social Security Administration

20                              /s/ Michael A. Cabotaje
                                MICHAEL A. CABOTAJE
21                              Special Assistant U.S. Attorney

22                              Attorneys for Defendant

23

24                              ORDER
25     APPROVED AND SO ORDERED.
26 DATED:  April 2, 2007.
27
                                _____
28                              U.S. MAGISTRATE JUDGE