McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
MICHAEL A. CABOTAJE, SBN 197086
Special Assistant United States Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134

Attorneys for Defendant
Commissioner of Social Security

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KY T. HA, | ) CASE NO. 2:06-CV-1690-KJM (SS) |
| Plaintiff, | ) AMENDED STIPULATION AND ) PROPOSED ORDER OF VOLUNTARY |
| v. | ) REMAND AND DISMISSAL OF CASE, ) WITH DIRECTIONS TO CLERK TO |
| MICHAEL J. ASTRUE[1]/, Commissioner of Social Security, | ) ENTER JUDGMENT ) ) |
| Defendant. | ) ) |

---

[1]/  Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    IT IS HEREBY STIPULATED by the parties, through their
2 undersigned attorneys, and with the approval of the Court as
3 provided below, that the Commissioner has agreed to a voluntary
4 remand of this case pursuant to sentence four of 42 U.S.C. §
5 405(g) for further proceedings.
6    On remand, the ALJ will be directed to reassess whether
7 Plaintiff has a severe impairment or impairments.  The ALJ will
8 also be directed to consider all treating source opinions in the
9 record, which includes (but is not limited to) the opinion of
10 Quat Leba, M.D., and, if rejecting, provide proper reason(s) for
11 doing so.  The ALJ will also be directed to consider the written
12 and oral lay witness statements in the record, which includes
13 (but is not limited to) the statements of Cathy Nguyen,
14 Plaintiff's friend, and the statements of Min Vo, Plaintiff's
15 daughter, and, if rejecting, provide proper reason(s) for doing
16 so.
17
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                        Respectfully submitted,

Dated: April 19, 2007       LAW OFFICE OF
                                 BESS M. BREWER & ASSOCIATES

                          By:   <u>/s/ *Bess M. Brewer*</u>
                                (As authorized via *facsimile)
                                BESS M. BREWER

                                Attorneys for Plaintiff

Dated: April 19, 2007      McGREGOR W. SCOTT
                                 United States Attorney
                                 LUCILLE GONZALES MEIS
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 <u>/s/ *Michael A. Cabotaje*</u>
                                 MICHAEL A. CABOTAJE
                                 Special Assistant U.S. Attorney

                                Attorneys for Defendant

                                <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  April 23, 2007.

                                 _____
                                 U.S. MAGISTRATE JUDGE